Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 14–35250–KCF
                    Chapter:  13
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elsie Joy Palombi
   aka Joy Palombi, aka Elsie Palombi
   2278 Klockner Road
   Hamilton, NJ 08690

Social Security No.:
   xxx–xx–2710

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on April 6, 2016.

    On 8/8/2016 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                 September 28, 2016
Time:               10:00 AM
Location:          Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 9, 2016
JJW: gan

                                                                                 James J. Waldron
                                                                                 Clerk