**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
ELSIE PALOMBI

Debtors

Order Filed on October 20, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-35250

Chapter 13

Judge: Kathryn C. Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: October 20, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(page 2)**
Debtor:  Elsie Palombi
Case No.:  14-35250 KCF
Caption:  Order Granting Supplemental Chapter 13 Fees

     The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

     ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $300 for services rendered and expenses in the amount of $0 for a total of $300. The allowance shall be payable:

     ___x__  through the Chapter 13 Plan as an administrative priority from
                 funds on hand
     _____  outside the Plan

     The debtor's monthly Plan is not modified, thus the debtor will continue to pay $1,466 per month for the remaining months to allow for payment of aforesaid fee.