UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

683678
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for WELLS FARGO BANK, NA

**Order Filed on August 15, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| In Re: | Case No.: 14-35250 - KCF |
|---|---|
| ELSIE JOY PALOMBI AKA JOY PALOMBI AKA ELSIE PALOMBI | Hearing Date: _____<br><br>Judge: KATHRYN C. FERGUSON |
| Debtor | Chapter: 13 |

Recommended Local Form:  ☐ Followed  ☒ Modified

## ORDER VACATING STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 15, 2017

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of WELLS FARGO BANK, NA, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

> 2278 KLOCKNER ROAD, HAMILTON TOWNSHIP, NJ 08690 NKA
> 2278 KLOCKNER ROAD, HAMILTON TOWNSHIP, NJ 08690-3406

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:


It is further ORDERED that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, KAREN L. ADAMS, to permit WELLS FARGO BANK, NA to pursue its rights in the real property described above and as to the co-debtor, KAREN L. ADAMS.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*