Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  14−35250−KCF
                        Chapter:  13
                        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elsie Joy Palombi
   aka Joy Palombi, aka Elsie Palombi
   2278 Klockner Road
   Hamilton, NJ 08690

Social Security No.:
   xxx−xx−2710

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/27/17 at 09:00 AM

to consider and act upon the following:

*84* − Certification in Opposition to (related document:81 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 8/30/2017. (Attachments: # 1 Proposed Order) filed by Trustee Albert Russo) filed by John Zimnis on behalf of Elsie Joy Palombi. (Zimnis, John)

Dated: 8/30/17

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court