# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 14−35250−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elsie Joy Palombi
   aka Joy Palombi, aka Elsie Palombi
   2278 Klockner Road
   Hamilton, NJ 08690

Social Security No.:
   xxx−xx−2710

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/2/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: October 3, 2017
JAN: bwj

                                                                            Jeanne Naughton
                                                                            Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                            Case No. 14-35250-KCF
Elsie Joy Palombi                                                 Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                Page 1 of 2          Date Rcvd: Oct 03, 2017
                               Form ID: 148               Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
db             +Elsie Joy Palombi,    2278 Klockner Road,    Hamilton, NJ 08690-3406
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
515267362      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
515230831      +Fingerhut/Meta Bank,    11 McLeland Road,    Saint Cloud, MN 56395-0001
515335426       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
515230834      +John Morton, Esq.,    Re: GM Financial,    110 Marter Avenue,    Suite 301,
                 Moorestown, NJ 08057-3124
515230835      +Marie Rizzo,    69 Spring Garden Street, 2nd floor,   Re: SC 1065-13,
                 Riverside, NJ 08075-3641
515447727      +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
515230839      +Westgate Resorts Orlando,    2801 Old Winter Garden Rd,    Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2017 23:09:24      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2017 23:09:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515230829       EDI: PHINAMERI.COM Oct 03 2017 22:43:00      Americredit,   4000 Embarcadero,
                 Arlington, TX 76014
515230830      +EDI: CHASE.COM Oct 03 2017 22:43:00      Chase Bank USA,   800 Brooksedge Blvd,
                 Westerville, OH 43081-2822
515230832      +EDI: PHINAMERI.COM Oct 03 2017 22:43:00      GM Financial,   PO Box 181145,
                 Arlington, TX 76096-1145
515230833       EDI: IRS.COM Oct 03 2017 22:43:00      IRS Insolvency Function,    PO Box 724,
                 Springfield, NJ 07081
515336612       EDI: CAUT.COM Oct 03 2017 22:43:00      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
515230836      +E-mail/Text: egssupportservices@egscorp.com Oct 03 2017 23:09:35      NCO Financial Systems,
                 Re: Progressive Ins,    507 Prudential Road,   Horsham, PA 19044-2308
515230837      +E-mail/Text: rwjebn@rwjbh.org Oct 03 2017 23:10:27      RWJ at Hamilton,    PO Box 48025,
                 Newark, NJ 07101-4825
515230838      +EDI: WFFC.COM Oct 03 2017 22:43:00      Wells Fargo,   PO Box 11701,    Newark, NJ 07101-4701
515450025      +EDI: WFFC.COM Oct 03 2017 22:43:00      Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,
                 MAC# D3347-014,    3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515268938*     +Americredit Financial Services Inc. dba GM Financ.,    P O Box 183853,
                 Arlington, TX 76096-3853
515252899*      Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
515230828     ##+A-1 Collection,    Re: RWJ,   101 Grovers Mill Rd,   Lawrenceville, NJ 08648-4706
515230840     ##+Zucker Goldberg & Ackerman,    Re: Wells Fargo,   PO Box 1024,    Mountainside, NJ 07092-0024
                                                                                       TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                               Signature: /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 03, 2017
                              Form ID: 148             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
              John   Zimnis    on behalf of Debtor Elsie Joy Palombi njbankruptcylaw@aol.com.
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```